Nicholas Ranallo, Attorney at Law (SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Todd Y. Brandt (TX SB # 24027051) (*pro hac vice* pending)
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Tel:  (903) 212-3130
Fax:  (903) 753–6761
Email: tbrandt@thebrandtlawfirm.com

*Attorney for Plaintiff*
*Secure Cam, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Secure Cam, LLC, a Wyoming Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>Anviz Global, Inc.,<br><br>Defendant. | Case No.  3:18-cv-02407<br><br>**PLAINTIFF SECURE CAM, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1-1, Plaintiff Secure Cam, LLC by and through its undersigned counsel, certifies that a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case are as follows:

1

1.   Intellectual Ventures 49, LLC

2.   Intellectual Ventures 48, LLC

3.   Brandt Law Firm

4.   Invention Investment Fund I LP

5.   Invention Investment Fund II LLC

6.   Secure Cam, LLC

7.   Red Dragon Innovations, LLC

8.   2s Ventures, LLC

9.   ALY Ventures, LLC

10.  Close Brokerage, LLC

Dated:  April 21, 2018                           Respectfully submitted,

/s/ Nicholas Ranallo
Nicholas Ranallo, Attorney at Law
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

/s/ Todd Y. Brandt
Todd Y. Brandt (*pro hac vice* forthcoming)
TX SB # 24027051
BRANDT LAW FIRM
222 North Fredonia St
Longview, Texas 75601
Telephone:  (903) 212-3130
Facsimile:  (903) 753–6761
tbrandt@thebrandtlawfirm.com

*Counsel for Plaintiff, Secure Cam, LLC*

PLAINTIFF SECURE CAM, LLC'S CERTIFICATION AND NOTICE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT