| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| NICHOLAS RANALLO (SBN 275016)<br>2443 FILLMORE ST. #380-7508<br>SAN FRANCISCO, CA 94115 | (831) 703-4011 | |
| | REFERENCE NUMBER<br>00270996-01 | |
| ATTORNEY FOR (NAME) | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
SECURE CAM, LLC vs. ANVIZ GLOBAL, INC.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:18-CV-02407 EJD |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS & COMPLAINT; ORDER SETTING INITIAL STATUS CONFERENCE;
CERTIFICATION AND NOTICE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE
STATEMENT; APPLICATION FOR ADMISSION OF ATTORNEY; STANDING ORDER FOR
CIVIL CASES; STANDING ORDER FOR PATENT CASES

      Name: ANVIZ GLOBAL, INC.

  Person Served: GILBERT LIU
        Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: June 26, 2018   HDATE:
Time of Delivery: 02:05 pm

Place of Service: 1130 CADILLAC COURT
                 MILPITAS, CA 95035        (Business)

Manner of Service:   **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:   $ 168.60

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
|---|---|
| [X] Registered: Sacramento County<br>Number: 2005-55<br>Expiration Date: 12/28/2019<br>PREFERRED LEGAL SERVICES, INC.<br>601 Van Ness Ave, Suite J<br>San Francisco, CA 94102<br>(415) 882-2250<br>302/00270996-01 | on: June 27, 2018,<br>at: San Francisco, California.<br><br>Signature: _____<br>Name: RICHARD SNELL<br>Title: (i) registered California process server |