Nicholas Ranallo, Attorney at Law (SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Todd Y. Brandt (TX SB # 24027051) (*pro hac vice* pending)
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Tel:  (903) 212-3130
Fax:  (903) 753–6761
Email: tbrandt@thebrandtlawfirm.com

*Attorney for Plaintiff*
*Secure Cam, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Secure Cam, LLC, a Wyoming Limited Liability Company | Case No.  5:18-cv-02407-EJD |
| Plaintiff, | |
| v. | **EX PARTE APPLICATION TO CONTINUE INITIAL CMC TO AUGUST 9, 2018; [PROPOSED] ORDER** |
| Anviz Global, Inc. | |
| Defendant. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES PREVIOUSLY APPEARING:**

Pursuant to Civil Local Rule 7-10, Plaintiff Secure Cam, LLC by and through its undersigned counsel, hereby requests that the initial Case Management Conference in this matter, currently set for August 2, 2018 at 10:00 a.m. be continued for seven days to August 9, 2018 at 10:00 a.m. for the reasons described further herein.

1

Plaintiff Secure Cam, LLC presently has three matters pending before Honorable Judge Edward Davila.  These include the instant matter, as well as *Secure Cam, LLC v. Butterfleye, Inc.* (5:18-cv-02600-EJD)("Butterfleye") and *Secure Cam, LLC v. Tend Insights, LLC* (5:18-cv-2750-EJD)("Tend").  The case management conferences for Tend is presently set for August 9, 2018 at 10:00 and counsel for Tend has indicated that it cannot move the August 9th CMC to August 2nd.

Plaintiff seeks to hold the relevant CMCs for all three cases on the same date, in an effort to conserve the resources of counsel and the judiciary.  As such, Secure Cam, LLC hereby requests that the CMC in this matter be reset to August 9, 2018, to coincide with the previously scheduled CMC in Tend.  Though *Anviz* has been served in this matter, it has not yet answered.

Secure Cam, LLC will concurrently file a request in Butterfleye to continue the CMC in that matter to August 9, 2018 as well.

The above-stated facts are set forth in the accompanying Declaration of Nicholas Ranallo in Support of Ex Parte Application to Continue Case Management Conference, filed concurrently herewith.

Dated:  July 17, 2018                                         Respectfully submitted,

/s/ Nicholas Ranallo
Nicholas Ranallo, Attorney at Law
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Based on the foregoing Ex Parte Application for Continuance of Case Management Conference and Declaration of Nicholas Ranallo submitted in connection therewith, and good cause being shown, the Court orders a continuance of the initial Case Management Conference in this matter from August 2, 2018 at 10:00 a.m. to August 9, 2018, at 10:00 a.m.  A Joint Case Management Statement shall be due on August 2, 2018.

SO ORDERED.


Dated ____ of July, 2018

_____

Hon. Edward J. Davila
U.S. District Judge