UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURE CAM, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANVIZ GLOBAL, INC.,<br><br>    Defendant. | Case No.  5:18-cv-02407-EJD<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCES** |
| SECURE CAM, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BUTTERFLEYE, INC.,<br><br>    Defendant. | Case No.  5:18-cv-02600-EJD |
| SECURE CAM, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEND INSIGHTS, INC.,<br><br>    Defendant. | Case No.  5:18-cv-02750-EJD |

The initial case management conferences in each of the above-captioned actions are CONTINUED to September 20, 2018.  The parties shall file joint case management statements no later than September 13, 2018.

The *ex parte* motions at Case No. 18-2407, Dkt. No. 15 and Case No. 18-2600, Dkt. No.

Case Nos.: 5:18-cv-02407-EJD, 5:18-cv-02600-EJD, .   5:18-cv-02750-EJD
ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCES
1

15 are TERMINATED AS MOOT. Plaintiff shall immediately serve a copy of this order on the defendants in Case Nos. 18-2407 and 18-2600, and file a certificate demonstrating the completion of such service no later than July 20, 2018.

**IT IS SO ORDERED.**

Dated: July 17, 2018

EDWARD J. DAVILA
United States District Judge