1   Nicholas Ranallo, Attorney at Law (SBN 275016)
2   2443 Fillmore St., #380-7508
    San Francisco, CA 94115-1814
3   nick@ranallolawoffice.com
    P: (831) 607-9229
    F: (831) 533-5073
4

5   Todd Y. Brandt (TX SB # 24027051) (*pro hac vice*)
    BRANDT LAW FIRM
6   222 North Fredonia St.
    Longview, Texas 75601
7   Tel:  (903) 212-3130
    Fax:  (903) 753–6761
    Email: tbrandt@thebrandtlawfirm.com
8

9   *Attorney for Plaintiff*
    *Secure Cam, LLC*

10              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11

12   SECURE CAM, LLC,                    )
                                         )   Case No.  No. 5:18-cv-2407-EJD
13              Plaintiff,               )
                                         )   **REQUEST FOR ENTRY OF DEFAULT**
14   v.                                  )   **PURSUANT TO FED. R. CIV. P. 55(A)**
                                         )
15   ANVIZ GLOBAL, INC.,                 )
                                         )
16              Defendant.               )
                                         )

17

18        TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19        Plaintiff Secure Cam, LLC ("Plaintiff") hereby requests that the Clerk of the above-

20   entitled Court enter default in this matter against Defendant Anviz Global, Inc.

21   ("Defendant") on the grounds that said Defendant has failed to appear or otherwise respond

22   to the Complaint within the time prescribed by the Federal Rules of Civil Procedure

23   ("FRCP").

24        Plaintiff served Defendant with the Summons and Complaint pursuant to FRCP

25   4(e)(2)(c) on June 26, 2018, as evidenced by the Proof of Service of Summons filed with

26   this Court July 10, 2018. (Dkt. No. 13). To date, Defendant has not made a general

27   appearance or filed a responsive pleading. No extension has been granted or any extension

28

                                         1

has expired. (Brandt Affid. ¶3.) The defendant is neither an infant (under age 21) nor an incompetent person. The defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case. (Brandt Affid. ¶4.)  A responsive pleading was due from Defendant on or before July 17, 2018.

The stated facts are set forth in Affidavit of Todd Y. Brandt filed concurrently herein.

For the above reasons, the clerk is requested to enter default against Defendant Anviz Global, Inc.

Dated: _September 21, 2018                    Respectfully submitted,


*/s/Nicholas Ranallo*
Nicholas Ranallo, Attorney at Law
(SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073


*/s/ Todd Y. Brandt*
Todd Y. Brandt (TX SB # 24027051)
(*Pro Hac Vice*)
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Tel: (903) 212-3130
Fax: (903) 753–6761
Email: tbrandt@thebrandtlawfirm.com

***Attorneys for Plaintiff***
***Secure Cam, LLC***

1

## **CERTIFICATE OF SERVICE**

2

3       I hereby certify that counsel of record who are deemed to have consented to
electronic service are being served this 21st day of September, 2018, with a copy of

4    this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other
counsel of record will be served by electronic mail, facsimile transmission and/or

5    first class mail on this same date.

6

7                                    */s/ Todd Y. Brandt*
                                     Todd Y. Brandt

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28