Nicholas Ranallo, Attorney at Law (SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Todd Y. Brandt (TX SB # 24027051) (*pro hac vice*)
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Tel: (903) 212-3130
Fax: (903) 753–6761
Email: tbrandt@thebrandtlawfirm.com

*Attorneys for Plaintiff*
*Secure Cam, LLC*

APPROVED
Judge Edward J. Davila
11/26/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURE CAM, LLC, | )<br>) Case No. 5:18-cv-2407 EJD |
| Plaintiff, | )<br>) |
| v. | )<br>) **STIPULATION OF DISMISSAL** |
| ANVIZ GLOBAL, INC., | ) **WITHOUT PREJUDICE** |
| Defendant. | )<br>)<br>) |

Plaintiff, Secure Cam, LLC hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A) that all claims in this action be, and hereby are, dismissed WITHOUT

PREJUDICE and with all attorneys' fees, costs of court and expenses borne by the party incurring same. Defendant Anviz Global, Inc. has not filed an answer or a motion for summary judgment.

Dated: November 26, 2018    Respectfully submitted,

*/s/Nicholas Ranallo*
Nicholas Ranallo, Attorney at Law
(SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

*/s/ Todd Y. Brandt*
Todd Y. Brandt
(TX SB # 24027051) (*pro hac vice*)
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Tel: (903) 212-3130
Fax: (903) 753–6761
Email: tbrandt@thebrandtlawfirm.com

Attorneys for Plaintiff Secure Cam, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 26th day of November, 2018, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                       /s/ *Todd Y. Brandt*
                                       Todd Y. Brandt